UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00458-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

ROY RAY, a/k/a "Panther"

 Defendant.

## ORDER

  This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

  ORDERED that all pretrial motions shall be filed by **Wednesday, November 25, 2009,** and responses to these motions shall be filed by **Friday, December 4, 2009.**  It is

  FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Wednesday, December 11, 2009, at 4: 00 p.m. in courtroom A-1002**  It is

  FURTHER ORDERED that a 3day jury trial is set for **Monday, December 21, 2009, at 9:00 a.m. in courtroom A-1002.**

  Dated October 28, 2009

           BY THE COURT:

           s/ Wiley Y. Daniel
           Wiley Y. Daniel
           Chief U. S. District Judge