UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00458-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROY RAY, a/k/a Panther,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on the Second Motion to Withdraw as Counsel for Roy Ray (docket #16), filed December 14, 2009, is set for **Thursday, December 17, 2009 at 9:30 a.m.**

    Dated:  December 15, 2009.