UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00458-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROY RAY, a/k/a Panther,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Sentencing Hearing is set in the above-captioned case for **Thursday, December 9, 2010 at 1:30 p.m.**

    Dated: October 13, 2010