UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00458-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ROY RAY, a/k/a Panther,

      Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A sentencing hearing is set for **Thursday, February 10, 2011 at 3:00 p.m.**  As such, the parties are ordered to file with the Court updated sentencing information including all motions or objections not later than **Monday, February 7, 2011.**

      Dated:  December 10, 2010